IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) **Criminal No. 1:21cr00037-001** |
| | ) |
| **ALONZO CANTU-CANTU** | ) |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** Dennis H. Lee, the counsel for the defendant, Alonzo Cantu-Cantu, and moves the Honorable Court to allow him to withdraw as counsel for the defendant and states the following basis:

1. The defendant requested in writing on September 28, 2022, that counsel withdraw as his attorney in this case; and
2. Counsel confirmed the defendant's wishes in a discussion at the Southwestern Regional Jail in Abingdon, Virginia, on the morning of September 29, 2022; and
3. That the attorney-client relationship is irrevocably broken between counsel and the defendant; and
4. It is in the ends of justice that new counsel represents the defendant, Alonzo Cantu-Cantu.

**THERFORE,** counsel for the defendant and the defendant respectfully requests this Honorable Court to allow Dennis H. Lee to withdraw as counsel for the defendant.

        **ALONZO CANTU-CANTU**

        **BY:**   **/s/ Dennis H. Lee**
              **Counsel for Defendant**

Dennis H. Lee, Esq
VA State Bar#: 31538
The Dennis Lee Law Firm
206 Main St. Suite A
PO Box 847
Tazewell, VA 2451
Telephone: (276) 970-0873
Fax: (276) 979-7850
Email: dennislee769@gmail.com

## Certificate of Service

   I hereby certify that I electronically filed this motion on September 29th, 2022, with the Clerk of Court using the CM-ECMF system, which will electronically notice all counsel of record.

          **/s/ Dennis H. Lee**
          **Counsel for Defendant**