CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

June 10, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:21CR00037-001 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **ALONSO CANTU-CANTU,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** that the Government's Motion to Dismiss, Dkt. No. 383, is GRANTED, and the Motion to Vacate, Set Aside, or Correct Sentence, Dkt. No. 369 is DISMISSED. A certificate of appealability is denied.

ENTER:   June 10, 2026

/s/  JAMES P. JONES
Senior United States District Judge